UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Shawn Dwayne Jones, : | |
| : | Civil Action No. 15-2401(RMB) |
| Petitioner, : | |
| : | |
| v. : | **MEMORANDUM AND ORDER** |
| : | |
| Warden Jordan Hollingsworth, : | |
| FCI Fort Dix, : | |
| : | |
| Respondent. : | |

This matter comes before the Court on Petitioner's letter request for additional time to respond to an Administrative Remedy Rejection Notice from the Federal Bureau of Prisons. (ECF No. 8.) A petitioner ordinarily must exhaust his administrative remedies *before* seeking relief under 28 U.S.C. § 2241. Moscato v. Federal Bureau of Prisons, 98 F.3d 757, 760 (3d Cir. 1996) (emphasis added). Therefore, this Court will deny Petitioner's request to intervene on his behalf in his attempt to exhaust his administrative remedies. If Petitioner's failure to timely file an administrative remedy request precludes him from properly exhausting his administrative remedies, his course of action in this habeas proceeding is to show cause and prejudice to excuse the procedural default. See Moscato, 98 F.3d at 761.

IT IS on this **25th** day of **August 2015**,

**ORDERED** that Petitioner's letter request for additional time to prevent time barring (ECF No. 8) is DENIED; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**
